**Order entered February 7, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00877-CR

### MICHAEL GLEN GARZA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 31429**

## ORDER

Appellant filed his notice of appeal on August 1, 2018, and requested preparation of the reporter's record on August 15, 2018. The reporter's record was initially due November 20, 2018. After we granted two request for extensions, the record was due January 27, 2019. Before the Court is court reporter Julie Vrooman's January 29, 2019 third request for additional time.

We **GRANT** the request to the extent we **ORDER** court reporter Julie Vroom to file the complete reporter's record, **WITHIN FOURTEEN DAYS OF THE DATE OF THIS ORDER.** We caution Ms. Vroom that the failure to do so will result in the Court taking whatever remedies it has available to ensure that the appeal proceeds in a timely fashion, which may include ordering that she not sit until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Keli Aiken, Presiding Judge, 354th Judicial District Court; Julie Vroom, official court reporter, 354th Judicial District Court; and to counsel for all parties.


/s/     LANA MYERS
        JUSTICE